IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN L. GARNER, <br><br> Defendant. | Case No. 3:20-CR-30120-NJR-1 |

# FINAL ORDER OF FORFEITURE

**ROSENSTENGEL, Chief Judge:**

On October 24, 2022, the Court entered an Order of Forfeiture (Doc. 57) against Defendant Justin L. Garner for the following property, which was seized from him:

> **A Browning Model 83, 9mm semi-automatic handgun, bearing serial number 173833, and any and all ammunition contained therein.**

The Order further stated that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February 1, 2024, and ending March 1, 2024. (Doc. 64-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the property that is the subject of the Order of Forfeiture (Doc. 57), namely:

> **A Browning Model 83, 9mm semi-automatic handgun, bearing serial number 173833, and any and all ammunition contained therein.**

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

DATED:   May 1, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**